BURTON A. SCHUBERT *v.* DAVID C. GAWE ET AL.

The plaintiff's petition for certification for appeal from the Appellate Division of the Court of Common Pleas is denied.

*Donald R. Holtman,* in support of the petition.

Submitted February 18—decided March 4, 1975

MARSHALL SONN ET AL. *v.* PLANNING COMMISSION OF THE CITY OF BRISTOL ET AL.

The petition by the defendants Anthony P. Margonelli et al. for certification for appeal from the Court of Common Pleas in Hartford County is granted.

*Richard M. Corr,* in support of the petition.
*Edward T. Lynch, Jr.,* in opposition.

Submitted February 24—decided March 4, 1975

STATE OF CONNECTICUT *v.* MURRAY R. GOLD

The defendant's "Motion to Expedite Review of Bail by Waiving Finding and Proceeding on the Transcript" in the appeal from the Superior Court for the judicial district of Waterbury is denied.

*Victor M. Ferrante* and, of the New York bar, *William M. Kunstler,* in support of the motion.

Submitted February 25—decided March 7, 1975